UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )
            v.                     )        No. 1:17-cr-00043-JPH-TAB
                                   )
RYAN A. IVY,                       )        -01
                                   )
                    Defendant.     )

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Mark J. Dinsmore's Report and Recommendation and all findings therein, dkt. [63]. The Court now **ORDERS** that Ryan Ivy's supervised release is therefore **REVOKED**, dkt. [56], and Mr. Ivy is sentenced to the custody of the Attorney General or his designee for imprisonment of 21 months with no supervised release to follow. The Court recommends placement at the Federal Correctional Complex at Marion, Illinois.

**SO ORDERED.**

Date: 8/10/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record

United States Probation Office

United States Marshal